Civil Action No. 1:20-cv-00101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the City of Chattanooga
was received by me on *(date)* 5-15-2020

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Melinda Foster, asst. city attorney , who is
designated by law to accept service of process on behalf of *(name of organization)* the
City of Chattanooga on *(date)* 5-18-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-18-2020

Server's signature

Timothy M. Omarzu
Printed name and title

6218 Dayton Blvd. Ste. E
Hixson, TN 37343-2658
Server's address

Additional information regarding attempted service, etc: