UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TURKEISHA DOUGLASS, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1:20-CV-00101 |
| CITY OF CHATTANOOGA, TENNESSEE and ANDY BERKE, MAYOR, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please take notice that PHILLIP A. NOBLETT, BPR #10074, does hereby appear as counsel on behalf of the Defendants, City of Chattanooga and Andy Berke, Mayor, in his individual and official capacities, in the above-captioned action before the United States District Court, Eastern District of Tennessee, at Chattanooga.

The undersigned is an attorney at law, duly qualified to act as such under the laws of the State of Tennessee and is authorized to appear in proceedings before the United States District Court, Eastern District of Tennessee at Chattanooga, under its rules of practice and procedure.

This 23rd day of July, 2020.

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY

By:      s/ Phillip A. Noblett
      PHILLIP A. NOBLETT – BPR #10074
      *City Attorney*
      100 East 11th Street, Suite 200
      Chattanooga, Tennessee 37402
      (423) 643-8250
      (423) 643-8255 – Fax

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 23rd day of July, 2020.

                                              s/ Phillip A. Noblett
                                              PHILLIP A. NOBLETT

City of Chattanooga, Tennessee
Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, Tennessee 37402
(423) 643-8250
pnoblett@chattanooga.gov