UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| TURKEISHA DOUGLASS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:20-CV-00101-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY BERKE, MAYOR and CITY OF CHATTANOOGA, TENNESSEE, | ) | |
| | ) | |
| Defendants | | |

**ORDER**

The parties have filed a Joint Motion to Enter Agreed Consent Judgment and Decree [Doc. 21]. The parties state they have agreed to the resolution of this matter and request the Court to enter an order memorializing their agreement and staying the case until one of three listed events occurs [*see* Doc. 21-1, pg. 3-5]. While the Court believes the entry of an agreed consent decree is appropriate, the Court has reservations regarding granting a stay. The Court will discuss this matter with the parties during the previously scheduled teleconference set for tomorrow, **September 3, 2020 at 1:30 p.m. EDT**. Plaintiff's counsel and Defendants' counsel shall call the chambers conference line at 866-390-1828 and enter access code 4845352 at the designated time.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge